UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elia Revilla, et al.,

       Plaintiffs,                     Civil No. 06-1159 (RHK/JSM)

vs.                                              **DISQUALIFICATION AND
                                                 ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., d/b/a
Wyeth Pharmaceuticals, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 29, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge